NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEWTECH RESEARCH SYSTEMS LLC,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5120

---

Appeal from the United States Court of Federal Claims in No. 10-CV-140, Judge Margaret M. Sweeney.

---

**JUDGMENT**

---

THOMAS M. DUNLAP, Dunlap, Grubb & Weaver, PLLC, of Leesburg, Virginia argued for plaintiff-appellant. Of counsel was DAVID LUDWIG.

JACOB A. SCHUNK, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK T. MANHARDT, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 13, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |